UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA,

    Petitioner,

V.                              M.B.D. No. 19-mc-91098-IT

DANIEL P. CORBETT,
    Respondent.

## ORDER ENFORCING INTERNAL REVENUE SERVICE SUMMONSES

The Petition to Enforce Internal Revenue Service Summonses having come before United States District Court of Massachusetts for hearing on _April 8, 2019_, and the respondent Daniel P. Corbett not having ~~shown any cause why he should not obey the Summonses issued to him on June 26, 2018~~ _appeared:_

IT IS ORDERED that Daniel P. Corbett obey the Summonses and appear (with the documents described in the Summonses) before Revenue Officer Laura J. Moore or any other officer of the Internal Revenue Service authorized to examine the records and take the testimony of Daniel P. Corbett on or before _May 8, 2019_ at _10_ AM at the office of the Internal Revenue Service, One Montvale Avenue, Stoneham, MA. 02180, (781) 876-1142. Failure to comply with this order shall make the respondent liable for a finding of contempt of court.

_/s/ Indira Talwani_

UNITED STATES DISTRICT JUDGE

_April 8, 2019_